In the Matter of the Application of the BAR ASSOCIATION OF NASSAU COUNTY to Discipline an Attorney (ABRAHAM G. TONKONOGY).— Matter referred to an

official referee to hear and to report with his opinion.  Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.